UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-CR-72 RM |
| ) | |
| DONTEZE WILLIAMS (01) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on January 26, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 53], ACCEPTS defendant Donteze Williams's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 844(i).

SO ORDERED.

ENTERED:   February 12, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana